1  CHERYL L. SCHRECK, State Bar No. 130083
   cheryl.schreck@ogletreedeakins.com
2  LINDA S. GOLDMAN, State Bar No. 193419
   linda.goldman@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  633 West Fifth Street, 53rd Floor
   Los Angeles, California 90071
5  Telephone:  (213) 239-9800
   Facsimile:   (213) 239-9045
6
7  Attorneys for Defendant
   FLEETPRIDE, INC.

**FILED:  2/11/11**

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>FLEETPRIDE, INC., DOES 1-10, inclusive,<br><br>       Defendants. | Case No. EDCV10-00547 GHK(CWx)<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:  None |

1  The Court, having considered the parties stipulated request for dismissal, filed
2  on February 7, 2011, that this case be dismissed, and finding good cause having been
3  shown therefore;
4      IT IS SO ORDERED that this case is dismissed in its entirety, with
5  prejudice, pursuant to FRCP 41(a)(1) and that neither party shall be entitled to costs
6  and/or attorneys' fees in connection with this civil complaint.

DATED:   2/11/11              By: _____
                                           George H. King
                                           United States District Judge